1  LAW OFFICES OF SCOTT D. HUGHES
   SCOTT D. HUGHES, SBN 253611
2  620 Newport Center Drive, Suite 1100
   Newport Beach, California 92660
3  Telephone: (714) 423-6928
   Facsimile: (714) 845-0030
4  E-mail: scott@scotthugheslaw.com

5  Attorney for Plaintiff
   Scott Carthey

6

7  ANDRÉ BIROTTE JR.
   United States Attorney
8  LEON W. WEIDMAN                                JS-6
   Assistant United States Attorney
9  Chief, Civil Division
   JOSEPH B. FRUEH
10 Assistant United States Attorney
   California Bar Number 264088

11
        Federal Building, Suite 7516
12      300 North Los Angeles Street
        Los Angeles, California 90012
13      Telephone: (213) 894-0609
        Facsimile: (213) 894-7819
14      E-mail: joseph.frueh@usdoj.gov

15 Attorneys for Defendant
   United States of America

16

17                 UNITED STATES DISTRICT COURT

18           FOR THE CENTRAL DISTRICT OF CALIFORNIA

19                       EASTERN DIVISION

20

21 SCOTT CARTHEY,                    No. EDCV 13-434 JGB (SPx)

22              Plaintiff,           **ORDER DISMISSING CASE WITH PREJUDICE**

23           v.

24 UNITED STATES OF AMERICA, et al.,

25           Defendants.
                                     Honorable Jesus G. Bernal
26

27

28

1 **ORDER DISMISSING CASE WITH PREJUDICE**

2      The parties having filed a Stipulation for Compromise

3 Settlement and Dismissal,

4      IT IS HEREBY ORDERED that Plaintiff's action is dismissed

5 with prejudice in its entirety, and each party shall bear their

6 own costs of suit and fees; and

7      IT IS HEREBY FURTHER ORDERED that the Court retains

8 jurisdiction pending payment of the settlement.

9

10

11 Dated:   January 28, 2014

12                                    HONORABLE JESUS G. BERNAL
                                     UNITED STATES DISTRICT JUDGE

13

14

15

16

17 Presented By:

18 ANDRÉ BIROTTE JR.
United States Attorney
19 LEON W. WEIDMAN
Assistant United States Attorney
20 Chief, Civil Division

21

22 /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
23 Assistant United States Attorney
Attorneys for Defendant
24 United States of America

25 LAW OFFICES OF SCOTT D. HUGHES

26

27 /s/ *Scott D. Hughes*
Attorney for Plaintiff
28 Scott Carthey

-1-